O

194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEMONE L. HICKS,                    )   Case No. CV 11-07369 DDP (AN)
                                    )
            Petitioner,             )   [Request filed on 10-19-11]
                                    )
      v.                            )
                                    )
A. HEDGEPETH, Warden,               )
                                    )
            Respondent.             )
_____    )

     Petitioner's Request for Reconsideration (Dkt. No. 6)
is DENIED.  The Magistrate Judge's rulings are not
clearly erroneous.  <u>See</u> Minute Order, October 3, 2011 at
1; Minute Order, September 19, 2011 at 2 n.1.


IT IS SO ORDERED.

Dated: October 25, 2011
                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge