FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_                    DEPUTY

ENTER / JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DAMONE L. HICKS, | Case No. CV 11-07369 DDP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| A. HEDGPETH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: December _15_, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY