```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

       DEC 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY  Shu                  DEPUTY
```

ENTER / JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMONE L. HICKS, | Case No. CV 11-07369 DDP (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| A. HEDGPETH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

DATED: December _15_, 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

```
ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

       DEC 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```